In re: Melvin Raynard JONES; Monica Alexander Jones, Debtors.

Melvin Raynard Jones, Debtor—
Appellant,

v.

North Carolina Department of Child Support Enforcement, c/o Virginia Division of Child Support Enforcement, Defendant—Appellee.

No. 08–1354.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 4, 2008.

Melvin Raynard Jones, Appellant Pro Se. Brian Randall Jones, Virginia Department of Social Services, Roanoke, Virginia, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Raynard Jones appeals the district court's order affirming the bankruptcy court's decision denying Jones' motion to reopen his bankruptcy case and permit him to file an adversary proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. North Carolina Dep't of Child Supp. Enforcement*, No. 7:07–cv–00564–SGW, 2008 WL 523857 (W.D.Va. Feb. 26, 2008) & (Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*